**Opinion issued February 21, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————

## NO. 01-13-00022-CV

————————

**THEOLA ROBINSON AND BENJI'S SPECIAL EDUCATION ACADEMY, INC., Appellants**

**V.**

**AMEGY BANK, N.A., Appellee**

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2012-71297**

---

## MEMORANDUM OPINION

This is an attempted appeal from an order dissolving a temporary restraining order. Appellee, Amegy Bank, N.A., filed a motion to dismiss the appeal for want of jurisdiction on the grounds that an order dissolving a temporary restraining order is not subject to interlocutory appeal.

Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Interlocutory orders may be appealed only if authorized by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001). The grant or denial of a temporary restraining order is generally not appealable. *See In re Texas Natural Res. Conservation Comm'n*, 85 S.W.3d 201, 205 (Tex. 2002); *Nikolouzos v. St. Luke's Episcopal Hosp.*, 162 S.W.3d 678, 681 (Tex. App.—Houston [14th Dist.] 2005, no pet.). However, the fact that an order is denominated a temporary restraining order is not determinative of whether the ruling is appealable. *Texas Natural Res. Conservation Comm'n*, 85 S.W.3d at 205. "Whether an order is a non-appealable temporary restraining order or an appealable temporary injunction depends on the order's characteristics and function, not its title." *Id.*

The record in this case demonstrates that the initial relief requested was a temporary restraining order pending a subsequent hearing on a temporary injunction to be held on December 14, 2012. The order was entered on December 4, 2012 and dissolved later that same day. Under these facts, the order at issue is a temporary restraining order, not a temporary injunction. *See Nikolouzos*, 162 S.W.3d at 681 n.2. We do not have jurisdiction over the trial court's order dissolving the

temporary restraining order.  *See In re Texas Natural Res. Conservation Comm'n*, 85 S.W.3d at 205; *Nikolouzos*, 162 S.W.3d at 681.

Accordingly, we grant appellee's motion and dismiss the appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.